IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| WILLIAM JULIUS GREEN, | * |
| Plaintiff, | * |
| vs. | * |
| UNITED STATES OF AMERICA, | *     CASE NO. 4:96-CR-28 (CDL) |
| Defendant. | * |

ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on January 24, 2006, is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 7th day of June, 2006.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE